IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRA DUNN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACT. NO. 1:21-cv-122-TFM-M |
| | : | |
| FD MANAGEMENT, LLC, | : | |
| d/b/a U-STORE-IN, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Pending before the Court is the parties' *Joint Stipulation of Dismissal With Prejudice*. Doc. 30, filed October 19, 2021. The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(i)-(ii). The joint stipulation is signed by the *pro se* plaintiff and counsel for defendant in this matter. Doc. 30.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the stipulation. Therefore, the claims in this case are dismissed with prejudice, with costs taxed as paid.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 20th day of October 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE